WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
NEAL C. LUTTERMAN (SBN 174681)
nlutterman@wilkefleury.com
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for THE REGENTS ERRONEOUSLY SUED AS UC DAVIS MEDICAL CENTER dba UC DAVIS HEALTH SYSTEM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOANN RAMIREZ-BANDA,<br><br>Plaintiff,<br><br>v.<br><br>UC DAVIS MEDICAL CENTER, a California Corporation, dba UC DAVIS HEALTH SYSTEM, TECHNICIAN Z. JOHNSON, an Individual, CINDY DUPREE, an Individual and DOES 1 - 100, inclusive,<br><br>Defendant. | Case No. 2:16-CV-01091-JAM-CKD<br><br>**STIPULATION TO REMAND CASE TO STATE COURT AND ORDER THEREON**<br><br>Judge:   Hon. James A. Mendez<br>Trial Date:   TBD |

IT IS HEREBY STIPULATED by the parties to this action, Plaintiff JOANN RAMIREZ-BANDA and Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA, erroneously sued herein as UC DAVIS MEDICAL CENTER, dba UC DAVIS HEALTH SYSTEM, by and through their attorneys of record, that:

1. Plaintiff commenced this action in the United Stated District Court for the Eastern District of California on May 19, 2016. Plaintiff's Complaint alleges seven (7) tort-based claims, all of which arise solely under state law. There are no federal claims alleged and no allegations that the parties are diverse.

2. Accordingly, this Court does not have jurisdiction to preside over this action.

3. After some discussion, the parties have agreed that the action should be remanded to the Sacramento County Superior Court. To that end, the parties hereby stipulate that the action be remanded to Sacramento County Superior Court and jointly ask that the Court do so.

4. Plaintiff agrees to re-file the Complaint in state court within 30 days of the Court's order on remand.

IT IS SO STIPULATED.

DATED: July 22, 2016         WILKE, FLEURY, HOFFELT,
                             GOULD & BIRNEY, LLP


                             By:        /s/ Bianca S. Watts
                                       BIANCA S. WATTS
                                Attorneys for UC DAVIS MEDICAL
                                CENTER dba UC DAVIS HEALTH
                                            SYSTEM


DATED: August 18, 2016       THE FIGARI LAW FIRM


                             By:     Barbara  E. Figari
                                      BARBARA A. FIGARI
                                Attorneys for JOANN RAMIREZ-BANDA

**ATTESTATION REGARDING SIGNATURES**

I, Bianca S. Watts, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing' content and have authorized the filing.

DATED: August 23, 2016                          /s/ Bianca S. Watts
                                                                   Bianca S. Watts

**ORDER ON STIPULATION TO REMAND**

Based upon the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that this action be remanded to the Sacramento County Superior Court.

**IT IS SO ORDERED.**

Dated:  8/23/2016                                         /s/ John A. Mendez
                                                        JOHN A. MENDEZ.
                                                        United States District Court Judge